570 A.2d 958

STATE OF NEW JERSEY v. DWAYNE WRIGHT.

October 10, 1989.

Petition for certification denied.

570 A.2d 958

IN RE THE ADVISORY COMMITTEE ON PROFESSIONAL
ETHICS OPINION 608, AS SUPPLEMENTED.

October 11, 1989.

Petition for review granted.

570 A.2d 958

ESTATE OF DAVID M. DARRIN v. DIRECTOR OF THE
DIVISION OF TAXATION (TRANSFER
INHERITANCE TAX BUREAU).

October 17, 1989.

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the procedural disposition of the Appellate Division does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed. (See 232 *N.J.Super.* 437, 557 *A.2d* 677)